April 2, 2004

Ms. Lisa Royce Eskow
Attorney General's Office
P.O. Box 12548
Austin, TX 78711-2548
Mr. Jerry Don Evans
127 North West Street
Uvalde, TX 78801

RE: Case Number: 01-0619
 Court of Appeals Number: 04-00-00736-CV
 Trial Court Number: 99-05-21,501-CV

Style: TEXAS DEPARTMENT OF PARKS AND WILDLIFE
 v.
 MARIA MIRANDA AND RAY MIRANDA

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. See enclosures.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Lydia |
| |Steele |
| |Mr. Herb |
| |Schaefer |